# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **RICKEY HOWARD,** | ) | Case No. 1:15-cv-01706-DAP |
| Plaintiff, | ) | Judge Dan Polster |
| vs. | ) | **DISMISSAL ORDER** |
| **FIRSTENERGY CORP.,** | ) | |
| Defendant. | ) | |

After reviewing the Complaint in this removed case, the Court held a teleconference with counsel on August 28, 2015, to engage the parties in settlement discussions. The Court also scheduled a follow-up teleconference with counsel for September 9, 2015.

On September 8, 2015, counsel advised the Court that the parties have settled the case. Accordingly, this case is hereby dismissed with prejudice, each party to bear its own costs, and the teleconference scheduled for September 9, 2015, is cancelled. Notice by the Clerk of Courts being hereby waived.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**

/s/ Dan A. Polster   Sept. 8, 2015
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**